UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-18564-BKC-SMG
PROCEEDING UNDER CHAPTER 13

IN RE:

IVAN S PELTON
XXX-XX-5248

DEBTOR_____/

## CERTIFICATE OF SERVICE

### ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN DE# 56

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Pleading noted above was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 7th day of June, 2024.

/s/ Robin R. Weiner_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 20-18564-BKC-SMG

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
IVAN S PELTON
8130 CLEARLY BLVD
APT 1302
PLANTATION, FL  33324

**ATTORNEY FOR DEBTOR**
JORDAN L. RAPPAPORT, ESQUIRE
1300 NORTH FEDERAL HIGHWAY
SUITE 203
BOCA RATON, FL  33432

**CREDITOR(S)**
ACTING US ATTORNEY FOR S. DISTRICT OF FL
C/O CIVIL PROCESS CLERK
99 NE 4TH STREET
MIAMI, FL  33132

DEPARTMENT OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

IRS AREA COUNSEL
1000 S. PINE ISLAND RD #300
PLANTATION, FL  33324

MERRICK GARLAND, US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW ROOM 4400
WASHINGTON, DC  20530

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317